Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
Ph. 619-220-8900/ Fax 619-220-8112

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| | ) | Case No. 11-07370-8 (SWH) |
| SEA TRAIL CORPORATION | ) | (Jointly Administered) |
| | ) | |
| Debtor | ) | NOTICE OF TRANSFER OF CLAIM |
| | ) | OTHER THAN FOR SECURITY AND |
| | ) | WAIVER OF NOTICE |
| | ) | |
| | ) | Bankruptcy Rule 3001(e)(1) |

  PLEASE TAKE NOTICE that the scheduled claim of **GOLFER'S GUIDE MKT SOL.** ("Transferor") against the Debtor in the amount of **$5,946.00**, as listed within Schedule F of the Schedules of Assets and Liabilities filed by the Debtor, and all other claims of Transferor have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001(e)(1).

  I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights there under to DACA upon terms as set forth herein and in the offer letter received. I represent and warrant that the claim is not less than **$5,946.00** and has not been previously sold, or satisfied. DACA assumes all risks associated with the debtor's ability to distribute funds. I agree to deliver to DACA any correspondence or payments received subsequent to the date of this agreement and authorize DACA to take any steps necessary to transfer this claim and all claims we hold against the above debtor into their name. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

TRANSFEROR:
**GOLFER'S GUIDE MKT SOL.**
**PO BOX 5926   HILTON HEAD ISLAND SC 29938**

Print Name __LINDA PAGANO__   Title __Director of Finance__
Signature __/s/ Lid Pagano__   Date __6/12/12__
Updated Address if needed) _____

Phone __843-842-4994 x264__   Fax __843-842-3791__   E-Mail __LPAGANO@fryemedia.com__

Federal Tax Identification / Social Security Number: __56-2345304__

TRANSFEREE:
**Debt Acquisition Company of America V, LLC**
**1565 Hotel Circle South, Suite 310, San Diego, CA 92108**

Signature: _____/s/ Andrew Whatnall_____
       Andrew Whatnall

Mail Ref# -1189
3004333